1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE HART | Case No. 3:07-CV-00402-LRH-PAL |
| Plaintiff, | ORDER |
| v. | **EXTENDING TIME TO RESPOND TO COMPLAINT** |
| CINDA GIFFORD, et. al. | |
| Defendants. | |

## I. RECITALS

WHEREAS, on September 7, 2007, Plaintiff Stephanie Hart ("Plaintiff") filed the Complaint (Dkt. #1) in the above-captioned case.

WHEREAS, in a Joint Stipulation and [Proposed] Order Re Interlocutory Appeal and Discovery Schedule filed July 6, 2007 in the related case of *Elhifny v. Gifford, et. al.*, Case No. 3:04-CV-00583-LRH-PAL, the Parties to this action stipulated that, without waiving any Rule 12 defenses or the ability to assert the same, Defendants would answer the Complaint filed in this case within 30 days of it being served.

WHEREAS, Defendants accepted service of the Complaint and Summons in this case pursuant to Waiver(s) of Service filed on September 18, 2007 (Dkts. #7-14), thereby making September 18, 2007 the date the Complaint is deemed to have been served and October 18, 2007 as the date by which Defendants agreed to answer the Complaint.

WHEREAS, Defendants' lead counsel is out of the country and will not return until on or around October 30, 2007, thereby making it impractical to answer the Complaint by October 18, 2007.

IT IS HEREBY STIPULATED THAT

(1) To facilitate the filing of a proper and thorough response to the Complaint, the Parties, by and through their respective undersigned counsel, hereby stipulate and agree that Defendants shall have until Wednesday, November 14, 2007 to file and serve an answer to the Complaint.

(2) By filing an answer to the Complaint, Defendants do not waive any defenses that may be asserted under Rule 12 of the Federal Rules of Civil Procedure or the ability to assert the same, all of which may be asserted following resolution of the interlocutory appeal pending before the Ninth Circuit in the *Elhifny* case.

1  IT IS SO STIPULATED.

2

3  Dated:  October 12, 2007          O'MELVENY & MYERS LLP

4

5                                    By:  /s/ Nora M. Puckett
                                         Nora M. Puckett
6                                        Attorneys for Plaintiff JANA ELHIFNY

7  Dated:  October 12, 2007          MAUPIN, COX & LeGOY

8

9                                    By:  /s/ C. Robert Cox
                                         C. Robert Cox
10                                       Attorneys for Defendants, CINDA
                                         GIFFORD, et al.
11

12                                   IT IS SO ORDERED:

13

14                                   [signature]

15
                                     _____
16                                   LARRY R. HICKS
                                     UNITED STATES DISTRICT JUDGE
17
                                     DATED:  October 17, 2007
18

19

20

21

22

23

24

25

26

27

28