1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHANIE HART, individually, | Case No. 3:07-CV-00402-LRH-GWF |
| Plaintiff, | **STIPULATION AND ORDER REGARDING EXPERT DISCOVERY** |
| v. | |
| CINDA GIFFORD, et. al. | |
| Defendants. | |

1   WHEREAS, under the Court's Order dated February 25, 2008, "The last date to disclose
2   experts pursuant to Fed. R. Civ. P. 26(a)(2) shall be March 3, 2008," and "The last date to
3   disclose rebuttal experts shall be April 2, 2008";
4   WHEREAS, on February 20, 2008, the parties in *Elhifny v. Gifford*, et al., 3:04-CV-
5   00583-LRS-PAL (the "Elhifny Action"), filed a joint stipulation regarding expert discovery
6   stipulating that "Disclosures concerning experts shall be made on April 2, 2008," and
7   "Disclosures respecting rebuttal reports shall be made within 30 days after the initial disclosure of
8   experts";
9   WHEREAS, pursuant to the Hon. Larry R. Hicks' August 21, 2007 order in the "Elhifny
10  Action," Hart filed a Notice of Related Case with the Complaint so that the Hart Action and the
11  Elhifny Action could be consolidated for the purposes of discovery and motion practice;
12  WHEREAS, for the convenience of the Parties, witnesses, and experts, the Parties agree
13  that the discovery schedule in the Hart Action should be the same as the schedule in the Elhifny
14  Action;
15  WHEREAS, although the Parties have served and exchanged written discovery and taken
16  some fact depositions, they anticipate they will need additional time to complete all expert
17  discovery based on the current March 3, 2008 deadline for initial disclosure of experts; and
18  WHEREAS, the parties do not anticipate the stipulated extensions of time will otherwise
19  affect the case schedule.
20  IT IS HEREBY STIPULATED THAT:
21  (1) Disclosures concerning experts shall be made on April 2, 2008.
22  (2) Disclosures respecting rebuttal experts shall be made within 30 days after the initial
23  disclosure of experts.
24  IT IS SO STIPULATED.
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated: February 25, 2008 | O'MELVENY & MYERS LLP |

By: */s/ David S. Almeling*
David S. Almeling
Attorneys for Plaintiff JANA ELHIFNY

Dated: February 25, 2008    MAUPIN, COX & LeGOY

By: */s/ Christopher D. Jaime*
Christopher D. Jaime
Attorneys for Defendants, CINDA GIFFORD, *et al*.

IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: February 26, 2008

SF1:706690.1